IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD DIVISION)

| | |
|---|---|
| ESTATE OF DENNIS E. ADAMS, Deceased, By ANGELA DREW, Administrator | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 13 CV 3300 |
| CHRISTIAN COUNTY, | ) |
| BRUCE KETTLEKAMP, in his official capacity as Sheriff of Christian County, and | ) ) ) ) |
| ANDREW NELSON, in his official capacity as Christian County Jail Administrator and in his individual capacity | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, ESTATE OF DENNIS E. ADAMS, by and through its attorneys, Daniel Noll of the Noll Law Office, LLC and Jim Ackerman of the Ackerman Law Office, pursuant to Rule 56 of the Federal Rules of Civil Procedure and CDIL-LR 7.1(D), moves this Court to enter summary judgment on the grounds promulgated in Plaintiff's Memorandum in Support which is attached hereto as Exhibit 1 as to Counts I-IX.

In support hereof, attached is the following:

1) Plaintiff's Memorandum in Support; and

2) Plaintiff's Exhibits.

WHEREFORE, the Plaintiff, ESTATE OF DENNIS E. ADAMS, respectfully request this Honorable Court enter judgment in favor of its behalf as described in Plaintiff's Memorandum in Support and for such further relief as this Court deems fair and just.

**Respectfully Submitted,**

**ESTATE OF DENNIS E. ADAMS,**
Plaintiff,


BY:  ___*/s Daniel A. Noll*___
DANIEL A. NOLL
Reg. No. 228987
Noll Law Office LLC
930 E. Monroe
Springfield, IL  62701
(217) 544-8441

## PROOF OF SERVICE

      I hereby certify that on June 16, 2016, I electronically filed the foregoing instrument, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alvin C. Paulson
Becker, Paulson, Hoerner & Thompsons, P.C.
5111 West Main Street
Belleville, Illinois 62226

James W. Ackerman
William L. Vig
Ackerman Law Office
1201 S. 6th Street
Springfield, Illinois 62073
ackermanlaw@yahoo.com
bill@ackermanlawoffices.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Kyle Adams
314 S. Cleveland
Farmersville, IL 62533

Angela Drew
224 N. Wilson
Girard, Illinois 62640

                                                /s/ Daniel A. Noll
                                                DANIEL A. NOLL
                                                Reg. No. 228987
                                                Noll Law Office
                                                930 E. Monroe
                                                Springfield, Illinois 62701
                                                Telephone: (217) 544-8441
                                                Fax: (217) 544-8775
                                                E-mail: dannoll@noll-law.com